**DISMISS and Opinion Filed March 19, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00084-CV**

**TONY LAMAR VANN, Appellant**
**V.**
**ALTUS TRAFFIC MANAGEMENT LLC AND**
**TEXAS MUTUAL INSURANCE COMPANY, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-07180**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

This Court questioned its jurisdiction over this appeal because there did not appear to be final judgment or other appealable order. We instructed the parties to file letter briefs addressing our concern. The parties complied.

Generally, appellate courts have jurisdiction only over appeals from final judgments and certain interlocutory orders as permitted by statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a). A final judgment is one that disposes of all parties and claims. *See Lehmann*, 39 S.W.3d at 195.

Tony Lamar Vann sued Altus Traffic Management LLC (Altus Traffic) and Texas Mutual Insurance Company. Altus Traffic filed a motion for summary judgment. By order signed on December 12, 2019, the trial court granted the motion on all claims asserted by Vann against Altus Traffic. Vann appeals from this order. However, this order is not a final judgment because Vann's claims against Texas Mutual Insurance Company remain pending.

Although Vann filed a letter brief, nothing therein demonstrates this Court's jurisdiction over this appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

200084F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TONY LAMAR VANN, Appellant

No. 05-20-00084-CV        V.

ALTUS TRAFFIC MANAGEMENT
LLC AND TEXAS MUTUAL
INSURANCE COMPANY,
Appellees

On Appeal from the 193rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-07180.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Nowell
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees ALTUS TRAFFIC MANAGEMENT LLC AND TEXAS MUTUAL INSURANCE COMPANY recover their costs of this appeal from appellant TONY LAMAR VANN.

Judgment entered March 19, 2020